IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Case No. 2:19-cr-00102 |
| Plaintiff, : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge King |
| DARREN C. DUNKLE, : | |
| : | |
| Defendant. : | |

## ORDER

This matter is before the Court on Magistrate Judge King's Report and Recommendation Accepting Defendant Darren C. Dunkle's plea of guilty to one count of Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine. (Doc. 28.) The Report and Recommendation was filed on September 11, 2019, and the parties had fourteen days thereafter to raise any Objections. Neither side has filed an Objection to the Report and Recommendation, and the time for doing so has now passed.

Having reviewed the Report and Recommendation, the Court finds that Magistrate Judge King reached the correct conclusion. Accordingly, the Court **ADOPTS** Magistrate Judge King's September 11, 2019 Report and Recommendation as this Court's findings of fact and conclusions of law. Defendant's guilty plea is hereby **ACCEPTED**.

**IT IS SO ORDERED.**

/s/ Algenon L. Marbley
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: October 2, 2019**

1